# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Balfour-Walton, A Joint Venture ) ASBCA Nos. 59884, 60858
)
Under Contract No. W912DQ-09-C-4024 *et al.* )

APPEARANCES FOR THE APPELLANT: David W. Owen, Esq.
Bradley Arant Boult Cummings LLP
Birmingham, AL

Heather F. Shore, Esq.
Brown & Ruprecht PC
Kansas City, MO

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
David F. Innis, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Kansas City

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal, agreeing to dismiss these appeals with prejudice, with each party to bear its own costs and attorney's fees. Accordingly, these appeals are hereby dismissed with prejudice.

Dated: 18 July 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59884, 60858, Appeals of Balfour-Walton, A Joint Venture rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals